### First Department, January, 1949.

### (January 12, 1949.)

In the Matter of Nicholas R. Mainiere, an Attorney.— Motion for reinstatement granted. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

### (January 17, 1949.)

Maria C. Alves et al., as Administratrices of the Estate of Joaquim Alves, Deceased, Respondents, v. Royde Realty Company, Inc., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Dorothy H. Golwynne, Respondent, v. Henry A. Golwynne, Appellant.— Order unanimously modified by reducing the alimony from $250 to $175 a week and by reducing the counsel fee from $3,000 to $2,500 and, as so modified, affirmed. The action should proceed expeditiously to trial. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Dorothy H. Golwynne, Appellant, v. Henry A. Golwynne, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Shirley Zimmerman, Respondent, v. Lester Zimmerman, Appellant.— Order unanimously reversed and the motion denied. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Gilbert Adrian, Appellant, v. Wolf J. Overhamm, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Paul E. Herlitz, Appellant, v. Frederick Caminer et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

In the Matter of the Application of Evelyn Diamond, Respondent, for an Order Directing Arbitration to Proceed between the Said Respondent and Mae Diamond, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

Theresa Behrens, Respondent, v. Solomon B. Behrens, Appellant.— Appeal unanimously dismissed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

William J. Butler et al., as Liquidating Partners of C. E. Welles & Company, in Liquidation, Appellants, v. Henry S. Brown, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-respondent to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.